PROB 12C
(7/93)

Report Date: May 24, 2016

# United States District Court

for the

## Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Gabriel Joseph Andrew | Case Number: 0980 2:14CR00085-SAB-1 |
| Address of Offender: ▮▮▮▮▮▮▮▮▮▮▮▮▮ | |

Name of Sentencing Judicial Officer:  The Honorable Stanley A. Bastian, U.S. District Judge

Date of Original Sentence: January 15, 2015

| | |
|---|---|
| Original Offense: | Assault Resulting in Substantial Bodily Injury to a Spouse, Intimate Partner, or Dating Partner in Indian Country, 18 U.S.C. §§ 1153(a) and 113(a)(7) |
| Original Sentence: | Prison - 21 months<br>TSR - 36 months |
| | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Rudy J. Verschoor |
| | Date Supervision Commenced: February 19, 2016 |
| Defense Attorney: | Robert R. Fischer |
| | Date Supervision Expires: February 18, 2019 |

## PETITIONING THE COURT

**To issue a summons.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime.<br><br>**Supporting Evidence**: On May 18, 2016, the offender was arrested by Spokane Tribal police on a charge of petty theft, after allegedly entering a store, taking two cases of beer and exiting the store without paying.<br><br>On May 19, 2016, the Spokane Tribal Prosecuting Attorney filed a criminal complaint charging the offender with count 1: burglary (the complaint notes the defendant did walk into the Wellpinit Trading Post with intent to commit a theft of property); count 2: petty theft (the complaint notes the defendant did take from the Wellpinit Trading Post two cases of Keystone beer).<br><br>On May 19, 2016, an order of release was issued and a subsequent hearing on the matter was scheduled for June 2, 2016, at 10:00 a.m. |

Prob12C
**Re: Andrew, Gabriel Joseph**
**May 24, 2016**
**Page 2**

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   May 24, 2016

s/Charles J. Kuipers

Charles J. Kuipers
U.S. Probation Officer

---

## THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   Other

*Stanley A. Bastian*
Signature of Judicial Officer

5/24/2016
Date