PROB 12C
(7/93)

Report Date: June 9, 2016

# United States District Court

for the

## Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Gabriel Joseph Andrew                Case Number: 0980 2:14CR00085-SAB-1

Address of Offender: ███████████████████████████████

Name of Sentencing Judicial Officer:  The Honorable Stanley A. Bastian, U.S. District Judge

Date of Original Sentence: January 15, 2015

| | |
|---|---|
| Original Offense: | Assault Resulting in Substantial Bodily Injury to a Spouse, Intimate Partner, or Dating Partner in Indian Country, 18 U.S.C. §§ 1153(a) and 113(a)(7) |
| Original Sentence: | Prison - 21 months<br>TSR - 36 months |
| Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Rudolf J. Verschoor |
| Date Supervision Commenced: | February 19, 2016 |
| Defense Attorney: | Federal Public Defender |
| Date Supervision Expires: | February 18, 2019 |

## PETITIONING THE COURT

To issue a warrant and incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on May 24, 2016.

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number         Nature of Noncompliance

2        **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime.

**Supporting Evidence**: On June 9, 2016, the offender was arrested by Spokane Tribal Police on charges of disorderly conduct and resisting arrest.

3        **Special Condition # 16**: You shall abstain from alcohol and shall submit to testing (including urinalysis and Breathalyzer), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from this substance.

**Supporting Evidence**: Spokane Tribal Police Department incident report number 16-0373 states they made contact with the offender on June 9, 2016, due to reports of an intoxicated male. The incident report additionally states that upon contact the offender swayed back and forth, was unsteady on his feet, and was slurring his words.

Prob12C
Re: Andrew, Gabriel Joseph
June 9, 2016
Page 2

| | | |
|---|---|---|
| 4 | | **Special Condition #17:** You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing (which may include urinalysis or sweat patch), as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence:** The offender failed to report to Alcohol Drug Education Prevention and Treatment (ADEPT) on June 7, 2016, to submit a urine sample for testing.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   June 9, 2016

s/Charles J. Kuipers

Charles J. Kuipers
U.S. Probation Officer

---

## THE COURT ORDERS

- [ ] No Action
- [XX] The Issuance of a Warrant
- [ ] The Issuance of a Summons
- [XX] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [ ] Defendant to appear before the Judge assigned to the case.
- [XX] Defendant to appear before the Magistrate Judge.
- [ ] Other

_Stanley A. Bastian_
Signature of Judicial Officer

6/10/2016
Date