Report Date: April 26, 2017

# United States District Court

## for the

## Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 27, 2017

SEAN F. McAVOY, CLERK

Name of Offender: Gabriel Joseph Andrew     Case Number: 0980 2:14CR00085-SAB-1

Address of Offender:     Wellpinit, Washington  99040

Name of Sentencing Judicial Officer:  The Honorable Stanley A. Bastian, U.S. District Judge

Date of Original Sentence: January 15, 2015

Original Offense:     Assault Resulting in Substantial Bodily Injury to a Spouse, Intimate Partner, or Dating Partner in Indian Country, 18 U.S.C. §§ 1153(a) and 113(a)(7)

Original Sentence:     Prison - 36 months     Type of Supervision: Supervised Release
                       TSR - 36 months

Revocation Sentence:     Prison - 8 months
June 23, 2016            TSR - 28 months

Asst. U.S. Attorney:     U.S. Attorneys Office     Date Supervision Commenced: January 20, 2017

Defense Attorney:     Federal Defenders Office     Date Supervision Expires: May 19, 2019

---

## PETITIONING THE COURT

### To issue a summons.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 19**: The defendant shall reside in a residential reentry center (RRC) for a period of up to 180 days at the direction of the supervising officer. The defendants participation in the programs by the RRC is limited to employment, education, treatment, and religious services at the direction of the supervising officer. The defendant shall abide by the rules and requirements of the facility. |

**Supporting Evidence**: The offender last appeared before Your Honor on June 23, 2016, for the purpose of a supervised release revocation hearing. The offender at that time was ordered to an 8-month custody term with credit for time served and a 28-month term of supervised release to follow. The offender was additionally ordered to reside at the RRC following his release from custody. The offender reported to the RRC on January 20, 2017, and resided at that location until April 24, 2017.

On April 24, 2017, the undersigned received confirmation from the RRC that the offender's placement was terminated due to failure to follow staff directives related to urinalysis

testing. On April 25, 2017, the offender reported to the U.S. Probation Office and advised that he had been terminated from the RRC on April 24, 2017, due to failure to comply with staff directives related to urinalysis testing. A urine sample was collected at the U.S. Probation Office, which tested negative. The offender was then directed to return to his previous residence.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    04/26/2017

s/Charles J. Kuipers

Charles J. Kuipers
U.S. Probation Officer

THE COURT ORDERS

[  ]    No Action
[  ]    The Issuance of a Warrant
[xx]    The Issuance of a Summons
[  ]    Other

Signature of Judicial Officer

4/27/2017

Date