UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>    v.<br>GABRIEL JOSEPH ANDREW,<br>    Defendant. | No. 2:14-cr-0085-SAB<br><br>**ORDER GRANTING DEFENDANT'S MOTION TO DISMISS** |

    Before the Court is Defendant's Motion to Dismiss, ECF No. 126. Defendant asks that the petition alleging violations of his supervised release violations be dismissed because the Pioneer Center East Residential Re-Entry Center's policy requiring residents during routine drug testing to drop their trousers to their ankles and raise their shirts, exposing their genitals and buttocks to staff, violates the Fourth Amendment's bar on unreasonable searches and the RRC's strip-search policy constitutes a new search condition that violates the Sentencing Reform Act.

    The United States does not object to the motion, ECF No. 132, which the Court reads to mean that it agrees that the RRC's policy violates the Fourth Amendment and violates the Sentencing Reform Act.

//
//
//
//

**ORDER GRANTING DEFENDANT'S MOTION TO DISMISS** ~ 1

Accordingly, **IT IS HEREBY ORDERED:**

1. Defendant's Motion to Dismiss, ECF No. 126, is **GRANTED**.
2. The United States' Motion for Enlargement of Time Within Which to File Response Pursuant to the Court's Order, ECF No. 130, is **GRANTED**.
3. The United States' Motion to Expedite, ECF No. 131, is **GRANTED**.
4. Violation 1 set forth in the April 27, 2017 Petition is **DISMISSED**, with prejudice.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to file this Order and provide copies to counsel.

**DATED** this 25th day of July, 2017.



Stanley A. Bastian
United States District Judge

**ORDER GRANTING DEFENDANT'S MOTION TO DISMISS** ~ 2