PROB 12C
(6/16)

Report Date: July 13, 2017

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 14, 2017

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Gabriel Joseph Andrew        Case Number: 0980 2:14CR00085-SAB-1

Address of Offender: Unknown

Name of Sentencing Judicial Officer:  The Honorable Stanley A. Bastian, U.S. District Judge

Date of Original Sentence: January 15, 2015

| | |
|---|---|
| Original Offense: | Assault Resulting in Substantial Bodily Injury to a Spouse, Intimate Partner, or Dating Partner in Indian Country, 18 U.S.C. §§ 1153(a) and 113(a)(7) |
| Original Sentence: | Prison - 36 months<br>TSR - 36 months        Type of Supervision: Supervised Release |
| Amended Sentence:<br>(02/18/2016) | Prison - 21 months<br>TSR - 36 months |
| Revocation Sentence:<br>(06/23/2016) | Prison - 8 months<br>TSR - 28 months |
| Asst. U.S. Attorney: | Matthew F. Duggan        Date Supervision Commenced: January 20, 2017 |
| Defense Attorney: | Colin G. Prince        Date Supervision Expires: May 19, 2019 |

## PETITIONING THE COURT

**TO ISSUE A WARRANT** and to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 04/27/2017.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 2 | **Standard Condition # 1**: The defendant shall not commit another Federal, state, or local crime.<br><br>**Supporting Evidence**: Mr. Andrew violated his conditions of supervised release in Wellpinit, Washington, by allegedly committing two counts of second degree assault and battery on or about June 1, 2017.<br><br>On January 23, 2017, Mr. Andrew's conditions of supervised of release were reviewed. Mr. Andrew signed his judgment acknowledging an understanding of his conditions of supervision, to include standard condition number 1, as noted above. |

Prob12C
Re: Andrew, Gabriel Joseph
July 13, 2017
Page 2

On June 1, 2017, per Spokane Tribal Police Department incident report 17-0436, the offender committed the crime of assault. On June 23, 2017, the Honorable Judge Numkena found that probable cause existed for two counts of second degree assault and battery, and a $6,000 bench warrant was issued for the offender. On July 12, 2017, the undersigned confirmed with Spokane Tribal Court that the aforementioned bench warrant remains active.

3   **Standard Condition # 1**: The defendant shall not commit another Federal, state, or local crime.

**Supporting Evidence**: Mr. Andrew violated his conditions of supervised release in Spokane, Washington, by being arrested for the crimes of obstructing an officer and malicious mischief personal property, on or about July 8, 2017.

On January 23, 2017, Mr. Andrew's conditions of supervised release were reviewed. Mr. Andrew signed his judgment acknowledging an understanding of his conditions of supervision, to include standard condition number 1, as noted above.

On July 8, 2017, per Spokane Police Department report 2017-20131497, the offender was arrested for malicious mischief and obstructing. According to the police report the offender was initially called in as a trespasser/vehicle prowler trying to open multiple vehicle door handles in a fenced backyard, and subsequently was contacted by Spokane police officers and was arrested. Mr. Andrew was booked into the Spokane County Jail and was released on the same day.

4   **Standard Condition # 16**: If the defendant is arrested or has any official contact with a law enforcement officer in a civil or criminal investigative capacity, the defendant must notify the probation officer within 72 hours.

**Supporting Evidence**: Mr. Andrew violated his conditions of supervised release on or about July 12, 2017, by failing to report law enforcement contact and arrest to the undersigned officer within 72 hours.

On January 23, 2017, Mr. Andrew's conditions of supervised release were reviewed. Mr. Andrew signed his judgment acknowledging an understanding of his conditions of supervision, to include standard condition number 16, as noted above.

On July 8, 2017, per Spokane Police Department report 2017-20131497, the offender was arrested for malicious mischief personal property and obstructing an officer. Per Spokane County Jail staff, Mr. Andrew was released from their custody on July 8, 2017. Mr. Andrew has failed to report this incident to the undersigned in any manner. The undersigned has attempted to contact Mr. Andrew via telephone, though his last known number appears to be disconnected. Mr. Andrew has not made any effort to contact the undersigned nor the U.S. Probation Office in any manner. Mr. Andrew's whereabouts appear to be unknown at this time, and he appears to have absconded from supervision.

5   **Special Condition # 22:** The defendant shall undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse evaluation, which could include inpatient treatment and aftercare upon further order of the court. The defendant shall contribute to the cost of

treatment according to his ability to pay. The defendant shall allow full reciprocal disclosure between the supervising officer and treatment provider.

**Supporting Evidence**: Mr. Andrew has violated his conditions of supervised release by failing to participate in and/or engage in substance abuse treatment.

On January 23, 2017, Mr. Andrew's conditions of supervised release were reviewed. Mr. Andrew signed his judgment acknowledging an understanding of his conditions of supervision, to include special condition number 22, as noted above.

On May 9, 2017, Mr. Andrew withdrew from his substance abuse treatment services with Alcohol Drug Education Prevention and Treatment (ADEPT) as he requested to have his services switched to the Spokane Tribe Substance Abuse Program. On May 12, 2017, Mr. Andrew reported to the Spokane Tribe Substance Abuse Program to enroll with their treatment services. On July 12, 2017, the undersigned spoke with Spokane Tribe Substance Abuse Program staff, in which they indicated Mr. Andrew has not reported back to them since May 12, 2017, and their attempts to contact him have been unsuccessful.

Due to the conduct and behavior as referenced in this petition, U.S. Probation respectfully requests the Court to issue a warrant for Mr. Andrew to answer to the noted allegations.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    July 13, 2017

s/Jonathan C. Bot

Jonathan C. Bot
U.S. Probation Officer

---

THE COURT ORDERS

[XX]    The Issuance of a Warrant
[  ]    The Issuance of a Summons
[  ]    The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[  ]    Defendant to appear before the Judge assigned to the case.
[XX]    Defendant to appear before the Magistrate Judge.
[  ]    Other

Stanley A. Bastian

Signature of Judicial Officer

7/14/2017

Date